UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE M. NIEDERMEIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 00-2495 (TFH) |
| THE OFFICE OF MAX S. BAUCUS, UNITED STATES SENATOR, | ) ) ) |
| Defendant. | ) ) |

FILED
MAR 27 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) is **GRANTED**. It is further hereby

**ORDERED** that this case is **DISMISSED**.

March 27th, 2001

Thomas F. Hogan
United States District Judge